FORM 1. Notice of Appeal from a United States District Court                                   Form 1
                                                                                                July 2020

# UNITED STATES DISTRICT COURT

## FOR THE

## MIDDLE DISTRICT OF GEORGIA

Catherine Taylor

_____ , **Plaintiff,**

Murphy Oil USA, Inc.,            v.            Case No. 7:20-CV-252
a/k/a Murphy USA, Inc.,
d/b/a Murphy Express
_____ , **Defendant.**

## NOTICE OF APPEAL

Notice is hereby given that the following party/parties* __Catherine Taylor__

_____

in the above-named case hereby appeal(s) to the United States Court of Appeals for the Federal Circuit the final judgment or an order entered in this action on 8/9/22 .

Date: 8/26/22                          Signature: /s/ JODY D. PETERMAN

                                       Name: Jody D. Peterman

                                       Address: Jody D. Peterman, LLC
                                                304 N. Ashley Street
                                                Valdosta, GA 31601

                                       Phone Number: 229-247-0386

                                       Email Address: petermanlawoffice@yahoo.com

*See Fed. R. App. P. 3(c) for permissible ways of identifying appellants.